Filed in Wrong Case.